UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.* ▮

    Plaintiff,

v.

AMERICAN UNIVERSITY OF BEIRUT,

    Defendant.

---

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.

AMERICAN UNIVERSITY OF BEIRUT,

    Defendant.

---

14 Civ. 6899 (JPO)

**PARTIAL UNSEALING ORDER**

WHEREAS, by notice dated March 21, 2017, the United States of America has intervened in the above-captioned *qui tam* action as against defendant American University of Beirut ("AUB"), pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4);

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to copies of the following documents <u>with the name of the relator redacted</u> (1) this Order, (2) the United States' Notice of Election to Intervene, (3) the United States' Complaint-In-Intervention, (4) the Stipulation and Order of Settlement and Dismissal between the United States, the relator and AUB, (5) the Stipulation and Order of

Settlement and Release between the United States and the relator, and (6) the relator's amended complaint.

2. All other documents in the Court's file in this action shall remain under seal and shall not be made public.

SO ORDERED:

Dated: New York, New York
       March 23, 2017

_____
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE