UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*

███████████

Plaintiff,

v.

AMERICAN UNIVERSITY OF BEIRUT,

Defendant.

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

v.

AMERICAN UNIVERSITY OF BEIRUT,

Defendant.

**CONSENT JUDGMENT**
14 Civ. 6899 (JPO)

Upon the consent of plaintiff the United States of America and defendant American University of Beirut ("AUB") it is hereby

ORDERED, ADJUDGED and DECREED: that plaintiff the United States of America is awarded judgment in the amount of $700,000 as against AUB, as well as post-judgment interest at the rate of 12% per annum compounded daily.

Agreed to by:

### THE UNITED STATES OF AMERICA

Dated:   New York, New York
         March 21, 2017

> JOON H. KIM
> Acting United States Attorney for the
> Southern District of New York
>
> By:  /s/ Christopher B. Harwood
> CHRISTOPHER B. HARWOOD
> Assistant United States Attorney
> 86 Chambers Street, Third Floor
> New York, New York 10007
>
> *Attorney for the United States of America*

**AUB**

Dated: March 19, 2017

By:

PATTERSON BELKNAP WEBB &
TYLER LLP

_____
DANIEL S. RUZUMNA
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

*Attorney for AUB*

SO ORDERED:

_____
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

Dated: March 23, 2017