**Patterson Belknap Webb & Tyler** LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

April 17, 2017

**Via ECF**

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:   *United States v. American Univ. of Beirut*
                 **No. 14 Civ. 6899 (JPO)**

Dear Judge Oetken:

        We represent the American University of Beirut ("AUB" or the "University") in the above-captioned case. We write regarding the application for attorney's fees and costs submitted by counsel for the relator in this action.

        On April 3, 2017, relator's counsel emailed his application to the Court and counsel for the parties, along with his opposition to AUB's request for a continued partial seal in this matter. In his transmitting email, counsel wrote to us that he was not filing the briefing on the public docket to avoid potentially prejudicing our sealing application. On April 5, 2017, I responded that AUB opposed the public filing of the relator's submission regarding the sealing issue, but that we had no objection to counsel filing his fee application on the public docket.

        As of this writing, counsel for the relator has not yet filed his fee application on the docket. As a result, there is some ambiguity as to when AUB's opposition is due. We have been waiting for a public filing of the application, but it is not clear that one will be forthcoming. Accordingly, AUB requests that its response date be set for Monday, April 24, 2017. I have contacted David Abrams, counsel for the relator, and he has no objection to this request.

        Thank you for your attention to this matter.

                                          Respectfully,

                                          Daniel S. Ruzumna

cc:    All counsel of record (via ECF)